# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# BEAUMONT DIVISION

| | | |
|---|---|---|
| LOUIS CHARLES HAMILTON, II | § | |
| | § | |
| V. | § | NO. 1:09-CV-289 |
| | § | |
| WALTER A. DENNIS and | § | |
| ROSEMARY DENNIS | § | |

## ORDER ADOPTING
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on April 7, 2009. The court has received and considered the report of the United States magistrate judge, who recommends that the court deny defendant's motion to dismiss, only as it relates to the court's exercise of subject-matter jurisdiction. No objections have been filed.

The magistrate judge's report is hereby **ADOPTED**. It is further

**ORDERED** that defendant's "Motion to Dismiss Complaint Pursuant to FRCP, Rules 12(b) 1, 2, 3, 6, and 7" (Docket No. 9) is **DENIED**, only as it relates to the court's subject-matter jurisdiction.

**SIGNED** this the 28 day of **September, 2009.**

_____
Thad Heartfield
United States District Judge