# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS CHARLES HAMILTON II** | **CIVIL ACTION** |
| **VERSUS** | **NO: 09-7029** |
| **WALTER A DENNIS AND ROSEMARY DENNIS** | **SECTION: "L" (4)** |

## ORDER

Before the Court is **Plaintiff Joining Motion for Sanctions (R. Doc. 36)**, filed by Plaintiff, Louis Charles Hamilton II ("Hamilton"), seeking an Order sanctioning the Defendants, Walter A. and Rosemary Dennis (collectively, "the Defendants"). The motion is unopposed. The motion will be heard on the briefs.

Hamilton seeks monetary sanctions against the Defendants, alleging that they failed to comply with a court order. (R. Doc. 36, p. 1.) Although Hamilton did not identify which Order of the Court the Defendants allegedly ignored, based on Hamilton's representations and the Court's review of the docket, the Court construed the motion as claiming that the Defendants violated the Court's Order granting Hamilton's motion to compel discovery responses (R. Doc. 29). *See Zimmerman v. Spears*, 565 F.2d 310, 316 (5th Cir. 1977) (citing *Haines v. Kerner*, 404 U.S. 519, (1972)) (noting that it is the policy of the Fifth Circuit to broadly construe pro se filings).

However, to the extent that Hamilton claims that the Defendants did not comply with the Court's Order, the Defendants provided responses to Hamilton's discovery requests on March 12, 2010 (*see* R. Doc. 31). Further, Hamilton failed to delineate any other form of non-compliance with the

Court's discovery Order. Therefore, the Court finds that the Defendants complied with its Order to respond to Hamilton's discovery requests.

Accordingly,

**IT IS ORDERED** that Hamilton's **Plaintiff Joining Motion for Sanctions (R. Doc. 36)** is hereby **DENIED.**

New Orleans, Louisiana, this 25th of June 2010.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**